# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shields, Anne Y. | U.S. Court | 10/27/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination Date / ☑ Initial ☐ Annual ☐ Final | 01/01/2014 to 06/30/2015 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

United States Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary and Board Member (through 03/01/2015) | Brooklyn Defender Services |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 10/27/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2014-2015 | Law Offices of James P. Clark, PC - salary | $6,545.00 |
| 3. | 2014 | Law Offices of Mark A. Cuthbertson - salary | $116,826.25 |
| 4. | 2013 | Law Offices of Mark A. Cuthbertson - salary | $7,788.45 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013-2015 | CSC Holdings LLC - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 10/27/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HSBC accounts | A | Interest | L | T | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. NY 529 #1 Conservative Option | A | Int./Div. | J | T | | | | | |
| 5. NY 529 #2 Conservative Option | C | Int./Div. | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. Fidelity IRA (Holdings below at 9-20): | E | Int./Div. | N | T | | | | | |
| 9. Fidelity IRA AMC Stock: AMCX | | | | | | | | | |
| 10. Fidelity IRA Cablevision Stock: CVC | | | | | | | | | |
| 11. Fidelity IRA Lockheed Martin Stock: LMT | | | | | | | | | |
| 12. Fidelity IRA MSG Stock: MSG | | | | | | | | | |
| 13. Fidelity IRA Asset Manager Fund | | | | | | | | | |
| 14. Fidelity IRA Contrafund Fund | | | | | | | | | |
| 15. Fidelity IRA Magellan Fund | | | | | | | | | |
| 16. Fidelity IRA Puritan Fund | | | | | | | | | |
| 17. Fidelity IRA Growth & Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity IRA Blue Chip Growth Fund | | | | | | | | | |
| 19. Fidelity IRA Select Energy Fund | | | | | | | | | |
| 20. Fidelity IRA Cash Reserve | | | | | | | | | |
| 21. AXA Brokerage Acct #1 (below at 21-28): | | | | | | | | | |
| 22. AXA Brokerage Acct #1 Optimum Fixed Income Fund "OIFIX" | B | Int./Div. | K | T | | | | | |
| 23. AXA Brokerage Acct #1 Optimum INTL Fund "OIIEX" | A | Int./Div. | J | T | | | | | |
| 24. AXA Brokerage Acct #1 Optimum Small Mid Cap Fund "OISGX" | A | Int./Div. | J | T | | | | | |
| 25. AXA Brokerage Acct #1 Optimum Small Mid Cap Growth Fund "OISGX" | A | Int./Div. | J | T | | | | | |
| 26. AXA Brokerage Acct #1 Optimum Large Cap Value Fund "OILVX" | A | Int./Div. | K | T | | | | | |
| 27. AXA Brokerage Acct #1 Optimum Large Cap Growth Fund "OILGX" | A | Int./Div. | K | T | | | | | |
| 28. AXA Brokerage Acct #1 Cash Account | A | Interest | J | T | | | | | |
| 29. AXA IRA Acct (below at 30-36): | A | Int./Div. | M | T | | | | | |
| 30. AXA IRA Acct OIFX Fund | | | | | | | | | |
| 31. AXA IRA Act OIIEX Fund | | | | | | | | | |
| 32. AXA IRA Acct OISVX Fund | | | | | | | | | |
| 33. AXA IRA Acct OISGX Fund | | | | | | | | | |
| 34. AXA IRA Acct OILVX Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AXA IRA Acct OILGX Fund | | | | | | | | | |
| 36. AXA IRA Acct Money Market Fund | | | | | | | | | |
| 37. Vanguard IRA (below at 38-39): | B | Int./Div. | K | T | | | | | |
| 38. Vanguard IRA Balanced Index Fund | | | | | | | | | |
| 39. Vanguard IRA STAR Fund | | | | | | | | | |
| 40. Employer 401K (below at 41-46): | | | | | | | | | |
| 41. Employer 401K Vanguard MD CP Idx IS PL Fund | B | Int./Div. | L | T | | | | | |
| 42. Employer 401K Vanguard Inst Index Plus Fund | C | Int./Div. | M | T | | | | | |
| 43. Employer 401K Fftw Income Plus Fund | A | Int./Div. | J | T | | | | | |
| 44. Employer 401K Sptn Intl Index FAI Fund | C | Int./Div. | M | T | | | | | |
| 45. Employer 401K Wells Fargo Stable Value E Fund | | None | J | T | | | | | |
| 46. Cablevision Cash Balance Pension Plan - see Part VIII | B | Interest | M | T | | | | | |
| 47. Trust Holdings (below at 48-165). | E | Int./Div. | O | T | | | | | |
| 48. Fidelity Trend | | | | | | | | | |
| 49. Computershare 8th Jubilee Fix 10 Y | | | | | | | | | |
| 50. Westwood Large Cap Value | | | | | | | | | |
| 51. Trust Brokerage Acct #1 ( below at 48-53): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of America account | | | | | | | | | |
| 53. NY State Municipal Bond Ser E OID Dec11 03.750% Dec15 2031 | | | | | | | | | |
| 54. NYC Municipal WFA WTR-SS RV Second AA NPFG Oct07 04.750% Jun15 2033 | | | | | | | | | |
| 55. NY State Municipal Bond Ser A OID Mar13 03.500% Mar01 2043 | | | | | | | | | |
| 56. Stock Exxon Mobil Corp XOM | | | | | | | | | |
| 57. Stock Oracle Corp. ORCL | | | | | | | | | |
| 58. Trust Brokerage Acct #2 (below at 55-115): | | | | | | | | | |
| 59. Aetna Inc. New | | | | | | | | | |
| 60. Amgen Inc Com PV | | | | | | | | | |
| 61. AMDOCS Limited | | | | | | | | | |
| 62. American International Group Inc. | | | | | | | | | |
| 63. Apple Inc. | | | | | | | | | |
| 64. ASTRAZENECA PLC SPND ADR | | | | | | | | | |
| 65. Berkshire Hathaway Inc. | | | | | | | | | |
| 66. BP PLC | | | | | | | | | |
| 67. Brocade Communications | | | | | | | | | |
| 68. Carnival Corp Paired Shs | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CIGNA Corp | | | | | | | | | |
| 70. CISCO Systems Inc. | | | | | | | | | |
| 71. CITIGROUP | | | | | | | | | |
| 72. COGNIZANT TECH SOLUTIONS | | | | | | | | | |
| 73. COMCAST CORP NEW | | | | | | | | | |
| 74. CVS HEALTH CORP | | | | | | | | | |
| 75. DISCOVER FINL SVCS | | | | | | | | | |
| 76. DISNEY WALT CO | | | | | | | | | |
| 77. DOW CHEMICAL CO | | | | | | | | | |
| 78. EMC CORPORATION MASS | | | | | | | | | |
| 79. EXXON MOBIL CORP | | | | | | | | | |
| 80. FACEBOOK INC. | | | | | | | | | |
| 81. FEDEX CORP DELAWARE COM | | | | | | | | | |
| 82. GOLDMAN SACHS GROUP INC. | | | | | | | | | |
| 83. GOOGLE INC CL A | | | | | | | | | |
| 84. GOOGLE INC. SHS CL C | | | | | | | | | |
| 85. HESS CORP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HOME DEPOT INC | | | | | | | | | |
| 87. HUMANA INC | | | | | | | | | |
| 88. INTEL CORP | | | | | | | | | |
| 89. JPMORGAN CHASE & CO | | | | | | | | | |
| 90. LABORATORY CP AMER HLDGS | | | | | | | | | |
| 91. LAS VEGAS SANDS CORP | | | | | | | | | |
| 92. LOWE'S COMPANIES INC | | | | | | | | | |
| 93. MARATHON PETROLEUM CORP | | | | | | | | | |
| 94. MASTERCARD INC | | | | | | | | | |
| 95. MCKESSON CORPORATION | | | | | | | | | |
| 96. MICRON TECHNOLOGY INC | | | | | | | | | |
| 97. MICROSOFT CORP | | | | | | | | | |
| 98. MOLSON COOR BREW CO CL B | | | | | | | | | |
| 99. ORACLE CORP | | | | | | | | | |
| 100. PARKER HANNIFIN CORP | | | | | | | | | |
| 101. PFIZER INC | | | | | | | | | |
| 102. PPG INDUSTRIES INC SHS | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PUB SVC ENTERPRISE GRP | | | | | | | | | |
| 104. QUALCOMM INC | | | | | | | | | |
| 105. ROSS STORES INC | | | | | | | | | |
| 106. SCHLUMBERGER LTD | | | | | | | | | |
| 107. SOUTHWEST AIRLNS CO | | | | | | | | | |
| 108. SUNCOR ENERGRY INC | | | | | | | | | |
| 109. SUNTRUST BKS INC | | | | | | | | | |
| 110. TEVA PHARMACTCL INDS ADR | | | | | | | | | |
| 111. TRAVELERS COS INC | | | | | | | | | |
| 112. UNION PACIFIC CORP | | | | | | | | | |
| 113. UNITEDHEALTH GROUP INC | | | | | | | | | |
| 114. UNIVERSAL HEALTH SVCS | | | | | | | | | |
| 115. US BANCORP (NEW) | | | | | | | | | |
| 116. VALERO ENERGY CORP NEW | | | | | | | | | |
| 117. WAL-MART STORES INC. | | | | | | | | | |
| 118. WSTN DIGITAL CORP DEL | | | | | | | | | |
| 119. 3M COMPANY | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Trust Brokerage Acct #3 (below at 118-165): | | | | | | | | | |
| 121. Abbott Labs | | | | | | | | | |
| 122. Abbvie Inc Shs | | | | | | | | | |
| 123. Altria Group Inc. | | | | | | | | | |
| 124. Analog Devices Inc | | | | | | | | | |
| 125. Automatic Data Proc | | | | | | | | | |
| 126. BCE Inc | | | | | | | | | |
| 127. Blackrock Inc | | | | | | | | | |
| 128. Chevron Corp | | | | | | | | | |
| 129. CISCO Systems INc | | | | | | | | | |
| 130. Coca Cola Com | | | | | | | | | |
| 131. Emerson Elec Co | | | | | | | | | |
| 132. Fastenal Company | | | | | | | | | |
| 133. Gallagher Arthur J & Co | | | | | | | | | |
| 134. General Electric | | | | | | | | | |
| 135. Genuine Parts Co | | | | | | | | | |
| 136. Hasbro Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Healthcare REIT Inc | | | | | | | | | |
| 138. Home Depot Inc | | | | | | | | | |
| 139. JM Smucker Co | | | | | | | | | |
| 140. Johnson & Johnson Com | | | | | | | | | |
| 141. JPMorgan Chase & Co. | | | | | | | | | |
| 142. Kimberly Cark | | | | | | | | | |
| 143. Kinder Morgan Inc. Del | | | | | | | | | |
| 144. Lockheed Martin Corp | | | | | | | | | |
| 145. Lyondellbasell Industrie | | | | | | | | | |
| 146. Marsh & Mclennan Cos Inc | | | | | | | | | |
| 147. Maxim Intergrated Prods | | | | | | | | | |
| 148. McDonalds Corp | | | | | | | | | |
| 149. Merck and Co Inc Shs | | | | | | | | | |
| 150. Microsoft Corp | | | | | | | | | |
| 151. Nextera Energy Inc Shs | | | | | | | | | |
| 152. Novartis ADR | | | | | | | | | |
| 153. Paychex Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Pepsico Inc | | | | | | | | | |
| 155. Pfizer Inc | | | | | | | | | |
| 156. Philip Morris Intl Inc. | | | | | | | | | |
| 157. PNC Fincl Services Group | | | | | | | | | |
| 158. Price T Rowe Group Inc. | | | | | | | | | |
| 159. Qualcomm Inc | | | | | | | | | |
| 160. Spectra Energy Corp | | | | | | | | | |
| 161. US Bancorp (New) | | | | | | | | | |
| 162. Ventas Inc | | | | | | | | | |
| 163. Williams Companies Del | | | | | | | | | |
| 164. Wisconsin Energy Corp | | | | | | | | | |
| 165. 3M Company | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 10/27/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 46: the Cablevision Cash Balance Pension Plan does not hold any investments other than cash.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anne Y. Shields**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544